# United States District Court

E-FILED
Wednesday, 02 March, 2005 09:26:24 AM
Clerk, U.S. District Court, ILCD

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA

v.

ARION CORZO MORALES

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05- 3013 - m

*FILED MAR - 1 2004 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 28, 2005__ in __Sangamon__ county, in the __Central__ District of __Illinois__ defendant did:

knowingly transported aliens who entered the United States unlawfully in further violation of law

in violation of Title __8__ United States Code, Section __1324(a)(1)(A)(ii)__

I further state that I am a __Immigration and Customs Enforcement Agent__ and that this complaint is based on the following facts:
                                            Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

s/ Tom D. Merchant
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 1, 2005    2 PM              at  Springfield, Illinois
Date                                   City and State

Byron G. Cudmore
U.S. Magistrate Judge
_____        s/ Byron G. Cudmore
Name & Title of Judicial Officer              Signature of Judicial Officer

STATE OF ILLINOIS         )
                          ) ss
COUNTY OF SANGAMON        )

## AFFIDAVIT

I, Tom D. Merchant, Senior Special Agent, U.S. Immigration and Customs Enforcement, being duly sworn on oath, depose and state as follows:

1. I am a Senior Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), and have been so employed since March 1, 2003. I was previously employed by the U.S. Immigration and Naturalization Service for more than twenty three years.

2. In my employment, I am assigned to investigate alleged violations of immigration laws, including activities which constitute transportation of illegal aliens.

3. This affidavit is made in support of a criminal complaint against Arion CORZO-Morales.

4. On February 28, 2005 at approximately 12:40 p.m., ICE Senior Special Agent (SSA) Michael Mitchell received a telephone call from the ICE Law Enforcement Support Center (LESC) in Vermont. A dispatcher for the Illinois State Police, District Nine Headquarters in Springfield, Illinois had advised the LESC that an Illinois State Police Trooper had stopped a vehicle near Sherman, Illinois which was believed to contain several illegal aliens. SSA Mitchell was advised that the van had been stopped near milepost 106 on northbound Interstate 55.

5. On February 28, 2005 at approximately 1:15 p.m., SSA Mitchell and SSA Tom Merchant arrived at the scene of the vehicle stop and determined that all eleven (11) occupants of the van were undocumented Mexican nationals. SSA Merchant was advised by Illinois State Police Trooper Shelly Hansen that she had stopped the van for following too closely. None of the occupants of the vehicle were in possession of documentation issued in the United States and none of them were conversant in the English language. The driver of the blue 1996 Plymouth

Voyager bearing Arizona registration AC 26681 was Roberto MEZA-Vilchez, and it was subsequently learned that the co-driver was Arion CORZO-Morales. Several passengers were seated on the floor of the van and in the cargo area in the rear of the van. The occupants of the van were transported to the ICE Office in Springfield, Illinois for processing and further investigation.

6. After receiving his rights per Miranda and his consular communication rights pursuant to Article 36 of the Vienna Convention on Consular Affairs in the Spanish language, and waiving his Miranda rights, Arion CORZO-Morales initially stated that the group was traveling together and had pooled their money to purchase the van in Phoenix for $1,000.00. He claimed that he had driven the van for about three hours during the trip from Phoenix. CORZO claimed that he was guided across the border by unknown smugglers and walked for one night before being transported by van to a house in Phoenix, Arizona. He stated that he paid $1,500.00 to unknown smugglers in Phoenix for transportation from the border to Virginia. CORZO was in possession of several repair receipts for the van, some gasoline and food receipts and several telephone numbers in the Phoenix area. CORZO subsequently recanted and stated that he was driving in lieu of paying an additional $300.00 to the smugglers in Phoenix. He was picked up in a vehicle driven by the smuggler whom he had paid $1,500.00. That vehicle was driven to two load houses in Phoenix and ten (10) passengers were picked up. The vehicle transported the group to a transmission shop in Winslow, Arizona where the Plymouth van was picked up. The unknown smuggler returned to Phoenix and the group continued their trip in the Plymouth van driven by CORZO. CORZO stated that the unknown smuggler told him that the passengers were illegal aliens when the van was picked up in Winslow, Arizona. CORZO admitted that he instructed the group to say that they had pooled their money to purchase the van, if the group was stopped by the police.

6. The passengers of the van were interviewed. Three of the passengers stated that they

paid a total of $6,000.00 to unknown smugglers in Phoenix for five family members to be smuggled from the border to Memphis, Tennessee. They stated that the first time that they met CORZO was when he arrived at the load house in Phoenix to pick them up. They stated that CORZO told them to say that they pooled their money to purchase the van in Phoenix. One of these passengers drove for about seven hours when CORZO was tired and was driving when the vehicle was stopped in Illinois. They stated that CORZO purchased the gasoline for the trip. Two of the passengers stated that the first time that they met CORZO was when he arrived at the load house in Phoenix to pick them up. They stated that they paid $1,200.00 apiece to be smuggled from the border to Phoenix, and that their relatives were going to pay CORZO an additional $800.00 apiece upon their arrival in Chicago. Three passengers stated that they paid $1600 apiece to unknown smugglers to be smuggled from the border to Pittsburgh via Phoenix. They stated that the first time that they met CORZO was when they were picked up a a load house in Phoenix.

9. Arion CORZO-Morales did knowingly or in reckless disregard of the fact that aliens had come to, entered or remained in the United States in violation of law, transport or move, or attempt to transport or move such aliens within the United States by means of transportation or otherwise in furtherance of such violation of law. These alleged acts are in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii). These alleged acts occurred in Sangamon County, within the Central District of Illinois.

10. Further Your Affiant Sayeth Not.

s/ Tom D. Merchant,
Tom D. Merchant, Senior Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me
on this 1st day of March. 2005.

s/ Byron G. Cudmore
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE