# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**FILED**
MAR 04 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

ARION CORZO MORALES

Case Number: 05-M-3013

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Arion Corzo Morales**
_Name_

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowing transportation of aliens who entered the U.S. unlawfully in further violation of law;

in violation of Title 8 United States Code, Section 1324(a)(1)(A)(ii).

U.S. MARSHALS SERVICE CENTRAL ILLINOIS
RECEIVED 2005 MAR -1 P 4:37

| | |
|---|---|
| Byron G. Cudmore | U.S. MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Byron G. Cudmore | March 1, 2005 at Springfield, Illinois 2pm |
| Signature of Issuing Officer | Date and Location |

BAIL FIXED AT $ **NO BAIL** by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at **Springfield, IL**

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 3-1-05 | Tom Merchant | _[signature]_ |
| Date of Arrest | Title of Arresting Officer | |
| 2-28-05 | INS/BICE | |