

E-FILED
Friday, 08 April 2005 04:13:15 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

APR - 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-300 31 |
| ) | VIO:  8 U.S.C. §1324(a)(1)(ii) & |
| ARION CORZO-MORALES, ) | 18 U.S.C. §2. |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about February 28, 2005, in Sangamon County, within the Central District of Illinois, the defendant,

**ARION CORZO-MORALES,**

did knowingly and in reckless disregard of the fact that aliens had come to, entered and remained in the United States in violation of law, transport such aliens within the United States by means of a motor vehicle in furtherance of such violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(ii) and Title 18, United States Code, Section 2.

A TRUE BILL,

s/foreperson
/S/ FOREPERSON

s/Gregory Harris
/S/ JAN PAUL MILLER
UNITED STATES ATTORNEY

GMG